# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; its Trustee, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNERPRESERVATION SERIES 2015A+; its Trustee, U.S. BANK TRUST NATIONAL ASSOCIATION; AHP SERVICING, LLC; and JORGE NEWBERY,<br><br>    Defendants. | Case No. 2:24-cv-00025<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>[*King County Superior Court Case No. 23-2-22911-8-SEA*]<br><br>**[CLERK'S ACTION REQUIRED]** |

TO:        Clerk of the Court, United States District Court for the Western District of Washington;

AND TO:   Plaintiff, Cymbidium Restoration Trust;

AND TO:   Bradley S. Keller, Byrnes Keller Cromwell LLP, counsel to Plaintiff;

AND TO:   Defendants U.S. Bank Trust N.A. and U.S. Bank Trust National Association.

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1332, 1441 and 1446, Defendants American Homeowner Preservation Trust Series AHP Servicing, AHP Capital Management, LLC, American Homeowner Preservation Trust Series 2015A+ (incorrectly named as "American Homeowner Preservation Series 2015A+), AHP Servicing, LLC, and Jorge Newbery (collectively, the "Removing Defendants"), by and through their undersigned attorney, submit this Notice of

NOTICE OF REMOVAL OF ACTION TO
U.S. DISTRICT COURT - 1

Removal to the United States District Court for the Western District of Washington, of the above-styled action, pending as Case No. 2023-2-22911-8 in the Superior Court of King County, Washington (the "State Court Action"). In support of this Notice of Removal, Removing Defendants state as follows:

1. On November 7, 2023, a Complaint was filed by Cymbidium Restoration Trust ("Plaintiff") in the King County Superior Court, styled *Cymbidium Restoration Trust v. American Homeowner Preservation Trust Series AHP Servicing, et al.* (Case No. 2023-2-22911-8). Plaintiff seeks damages allegedly arising from Defendants' breach of a Mortgage Sale Agreement and Amendment thereto and for conversion. A copy of the Complaint for Breach of Contract of Contract and Conversion is attached hereto as Exhibit A.

2. 28 U.S.C. §1446(b) provides in pertinent part, "The notice of removal of a civil action or proceeding shall be filed within 30 days after receipt by the Defendant, through service … of a copy on the initial pleading setting forth the claim … or within 30 days after the service of summons upon defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter. Pursuant to 28 U.S.C. §1446(c), Removing Defendants are seeking removal within the thirty-day limitation based on diversity of citizenship. *See* 28 U.S.C. § 1332.

3. Plaintiff's Complaint and Summonses in the State Court Action were served via special processor on the registered agent for Defendant, AHP Servicing, LLC on December 6, 2023. This Notice of Removal is filed within 30 days of Defendant, AHP Servicing LLC's receipt of the Summons and Complaint, and is therefore timely filed and served pursuant to 28 U.S.C. § 1446(b). *See* Affidavit of Service attached as Exhibit B.

4. According to the Affidavit of Special Processor filed by Cymbidium in King County, the remaining Removing Defendants were served via special process server on December 12, 2023. Exhibit B.

NOTICE OF REMOVAL OF ACTION TO
U.S. DISTRICT COURT - 2

HARRIS SLIWOSKI LLP
600 Stewart Street, Suite 1200
Seattle, Washington 98101
Telephone: (206) 224-5657

5. Defendants U.S. Bank Trust National Association and U.S. Bank Trust N.A. were named in the State Court Action in their nominal capacity. Exhibit A ¶¶ 2 and 3. They have not been served with summons and complaint in the State Court Action.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 128(b). Under Local Civil Rule 3(e)(1), removal to the Western District of Washington at Seattle is proper because a substantial part of the alleged events or omissions that give rise to the claims occurred in King County. Exhibit A ¶¶ 7 and 8.

7. Plaintiff is a Delaware Statutory Trust with its principal place of business in King County, Washington. Exhibit A ¶ 1.

8. Upon information and belief, the beneficial owner of Cymbidium Restoration Trust is Cymbidium Restoration, LLC, a Delaware Limited Liability Company with its principal place of business in Seattle, King County, Washington. For diversity purposes, the citizenship of limited liability companies is determined by the citizenship of its members. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

9. Upon information and belief, the members of Cymbidium Restoration, LLC are Oak Harbor Capital, LLC and Adam Henderson.

 a. Adam Henderson is a resident of the State of Washington.

 b. Oak Harbor Capital, LLC is a Delaware Limited Liability Company with its principal place of business in Seattle Washington. Its sole member is Oak Harbor Holdings, LLC.

10. Oak Harbor Holdings, LLC is a Delaware Limited Liability Corporation with its principal place of business in Seattle, Washington.

11. Upon information and belief, the individual members of Oak Harbor Holdings are Courtney Dodd, a resident of the State of Washington and Ophrys, LLC (now known as Oak Harbor Capital, LLC, *See* ¶ 9b, above).

12. Upon information and belief, William Weinstein is a member, directly or indirectly, of one or all entities set forth in ¶¶ 9 through 11, above. Mr. Weinstein is a resident of the State of

NOTICE OF REMOVAL OF ACTION TO
U.S. DISTRICT COURT - 3

HARRIS SLIWOSKI LLP
600 Stewart Street, Suite 1200
Seattle, Washington 98101
Telephone: (206) 224-5657

Washington. *See* <u>Exhibit C</u>, which is attached hereto and sets forth the public record searches that identify Mr. Weinstein as a member of the various "Oak Hill" entities.

13. Defendant AHP Servicing, LLC is a Delaware LLC with its principal place of business in Chicago, Cook County, Illinois. Defendant's sole member is Neighborhoods United LLC, a Delaware Limited Liability Company with its principal place of business in Chicago, Illinois.

14. The members of Neighborhoods United, LLC are Echeverria Kelly and Jorge Newbery. *See* ¶ 4 of the Declaration of Jorge Newbery in Support of Defendants' Notice of Removal of Action under 28 U.S.C. § 1441(b) (the "Newbery Declaration"), attached hereto and marked as <u>Exhibit D</u>.

    a. Echeverria Newbery is a resident of Barrington, Cook County, Illinois. *Id*. at ¶¶ 2 and 4.

    b. Jorge Newbery is a resident of Barrington, Cook County, Illinois. *Id*. at ¶ 4.

15. Defendant American Homeowner Preservation Trust Series AHP Servicing is a Delaware Statutory Trust with its principal place of business in Chicago, Cook County, Illinois.

16. The sole beneficiary of American Homeowner Preservation Trust Series AHP Servicing is Defendant, AHP Servicing, LLC. *See* ¶¶ 13 and 14, above.

17. The administrator of American Homeowner Preservation Trust Series AHP Servicing is AHP Capital Management, LLC, an Ohio LLC with its principal place of business in Chicago, Cook County, Illinois.

18. The sole member of AHP Capital Management, LLC is Neighborhoods United, LLC. *See* ¶ 13.

19. Defendant American Homeowner Preservation Series 2015A+ is not an operating entity.

20. Defendant American Homeowner Preservation Trust Series 2015A+, to the extent improperly sued as American Homeowner Preservation Series 2015A+, is a Delaware Statutory Trust with its principal place of business in Chicago, IL. Its administrator is AHP Capital Management, LLC. *See* ¶¶ 14 and 18, above.

NOTICE OF REMOVAL OF ACTION TO
U.S. DISTRICT COURT - 4

HARRIS SLIWOSKI LLP
600 Stewart Street, Suite 1200
Seattle, Washington 98101
Telephone: (206) 224-5657

21. The sole beneficiary of American Homeowner Preservation Trust Series AHP 2015A+ is American Homeowner Preservation 2015 A+ LLC. The sole member of American Homeowner Preservation 2015A+ LLC is American Homeowner Preservation Management, LLC. The sole member of American Homeowner Preservation Management, LLC is Jorge Newbery, a resident of Barrington, Cook County, Illinois.

22. Defendant U.S. Bank Trust N.A. ("USBT"), named as a nominal party in the State Court Action, is upon information and belief an abbreviation for U.S. Bank Trust National Association, a Delaware Corporation with its principal place of business in Minneapolis, Minnesota.

23. Defendant U.S. Bank Trust National Association ("USBN", and collectively with USBT, the "Other Defendants") and named as a nominal party in the State Court Action is a Delaware Corporation with its principal place of business in Minneapolis, Minnesota.

24. Defendant, Jorge Newbery is a resident of Cook County in the State of Illinois. *See* the Newbery Declaration at ¶ 2.

25. The above-entitled case is a civil action of which the United States District Court for the Western District of Washington has original jurisdiction under the provisions of 28 U.S.C. Section 1332 and is an action of a civil nature between citizens of different states, wherein the Defendants have a good faith belief that the amount in controversy exceeds $75,000.00. *See* (a) Declaration of Dan Harris (the "Harris Declaration") attached hereto and marked as Exhibit E, and (b) Exhibit A ¶ (V)(1) (plaintiff requests an award of money damages in an amount to be determined at trial but believed by plaintiff to exceed $2 million).

26. Pursuant to 28 U.S.C. Section 1446(a) and Local Civil Rule 101(c), Removing Defendants have attached a complete record of the State Court Action. *See* Harris Declaration and exhibits thereto attached as Exhibit E.

27. Removing Defendants will promptly serve Plaintiff and the Other Defendants and file with this Court its Notice to Plaintiff of Removal to Federal Court, informing Plaintiff and the Other Defendants that this matter has been removed to federal court. 28 U.S.C. §§ 1446(a) and (d). Removing

NOTICE OF REMOVAL OF ACTION TO
U.S. DISTRICT COURT - 5

**HARRIS SLIWOSKI LLP**
600 Stewart Street, Suite 1200
Seattle, Washington 98101
Telephone: (206) 224-5657

Defendants will also promptly file with the Clerk of the Superior Court of the State of Washington for the County of King, and serve on Plaintiff and the Other Defendants, a Notice to Clerk of Removal to Federal Court pursuant to 28 U.S.C. § 1446(d). Removing Defendants attach as <u>Exhibit F</u> to this Notice a copy of the notice to be filed with the state court (without the notice's attachments).

28. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

29. All of the Removing Defendants' rights are reserved, including, but not limited to, defenses and objections as to venue and personal jurisdiction and the right to move for dismissal of the Complaint for, e.g., failure to state a claim for relief and failure to sue the appropriate parties. The filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

30. Removing Defendants also reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Removing Defendants respectfully give notice that the above-entitled action be removed and transferred from the Superior Court of King County, Washington, to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

DATED this 5th day of January 2024.

**HARRIS SLIWOSKI LLP**

By: <u>s/ Dan Harris</u>
Daniel P. Harris, WSBA #16778
600 Stewart Street, Suite 1200
Seattle, WA 98101
Tel: 206-224-5657
dan@harris-sliwoski.com
*Attorneys for Defendants American Homeowner Preservation Trust Services AHP Servicing, AHP Capital Management, LLC, American Homeowner Preservation Series 2015A+, AHP Servicing, LLC, and Jorge Newberry*

NOTICE OF REMOVAL OF ACTION TO
U.S. DISTRICT COURT - 6

HARRIS SLIWOSKI LLP
600 Stewart Street, Suite 1200
Seattle, Washington 98101
Telephone: (206) 224-5657

## DECLARATION OF SERVICE

I hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will send a true and correct copy of notification of such filing to:

| Attorneys for Plaintiff | Nominal Defendants<br>**U.S. Bank Trust N.A. and**<br>**U.S. Bank Trust National Association** |
|---|---|
| Bradley S. Keller, WSBA # 10665<br>Byrnes Keller Cromwell LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Telephone: (206) 622-2000<br>Facsimile: (206) 622-2522<br>Email: bkeller@byrneskeller.com | U.S. Bank Trust N.A.<br>U.S. Bank Trust National Association<br>800 Nicollet Mall<br>Minneapolis, Minnesota 55402 |

DATED this 5th day of January 2024, at Seattle, Washington.

*/s/ Staci Black*
Staci Black, Paralegal
Harris Sliwoski LLP
600 Stewart Street, Suite 1200
Seattle, Washington 98101
(206) 224-5657
Fax: (206) 224-5659

NOTICE OF REMOVAL OF ACTION TO
U.S. DISTRICT COURT - 7

HARRIS SLIWOSKI LLP
600 Stewart Street, Suite 1200
Seattle, Washington 98101
Telephone: (206) 224-5657