Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>                                  Plaintiff,<br><br>    v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; its Trustee, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; its Trustee, U.S. BANK TRUST NATIONAL ASSOCIATION; AHP SERVICING, LLC; and JORGE NEWBERY,<br><br>                                  Defendants.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and AHP SERVICING, LLC,<br><br>                          Counter-Plaintiffs,<br><br>    v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>                          Counter-Defendant. | NO. 2:24-cv-00025-JNW<br><br>**STIPULATED ORDER RE-NOTING AND EXTENDING THE BRIEFING SCHEDULE ON THIRD-PARTY DEFENDANTS' MOTION TO DISMISS**<br><br>NOTED FOR HEARING:<br><br>April 3, 2024 |

## STIPULATION

The parties, through their respective counsel, hereby stipulate that the subjoined order may be entered.

Dated this 3rd day of April, 2024

| MILLER BERGER, LLC | BYRNES KELLER CROMWELL LLP |
|---|---|
| By  /s/ *Brian J. Benoit* | By  /s/ *Bradley S. Keller* |
| Brian J. Benoit (IL Bar # 6289041) | Bradley S. Keller, WSBA # 10665 |
| 20 N. Clark St., Ste. 525 | 1000 Second Avenue, 38th Floor |
| Chicago, IL 60602 | Seattle, Washington, 98104 |
| Telephone: (312) 283-4386 | Telephone: (206) 622 – 2000 |
| Email: Brian@millerberger.com | Facsimile: (206) 622-2522 |
| *Admitted Pro Hac Vice* | Email: bkeller@byrneskeller.com |
| *Attorneys for Third-Party Plaintiffs* | *Attorneys for Third-Party Defendants* |

## ORDER

The parties, having conferred pursuant to Local Rule 7(j), stipulate AND THE Court hereby orders that Third-Party Defendants' Motion to Dismiss (Dkt. No. 41) is re-noted and the briefing schedule extended as follows:

1. Third-Party Defendants' Motion to Dismiss is re-noted to April 26, 2024;

2. Non-Movant/Third-Party Plaintiffs' Response to Third-Party Defendants' Motion to Dismiss shall be filed and sent to Third-Party Defendants on or before April 17, 2024.

3. Movant/Third-Party Defendants' Reply shall be filed and sent to Third-Party Plaintiffs on or before April 26, 2024.

IT IS SO ORDERED.

DATED this 16th day of April, 2024.

The Honorable Jamal N. Whitehead
United States District Judge