UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, | CASE NO. 2:24-cv-00025-JNW |
| Plaintiff, | ORDER PERMITTING VAK CAPITAL TRUST I ("VAK") TO INTERVENE |
| v. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, US BANK TRUST NA, AHP CAPITAL MANAGEMNET LLC, AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+, US BANK TRUST NATIONAL ASSOCIATION, AHP SERVICING LLC, JORGE NEWBERY, AHP CAPITAL MANAGMENT LLC, AHP S, | |
| Defendants. | |

The Court considers the unopposed motion to intervene at Dkt. No. 65, filed by VAK Capital Trust I ("VAK"). VAK moves to intervene as a matter of right under Rule 24(a) and, alternatively, for permissive intervention under Rule 24(b).

The Court finds that permissive intervention under Rule 24(b) is appropriate. At a minimum, VAK's proposed counterclaim against Cymbidium for declaratory relief "shares with the main action [] common question[s] of law or fact." *See* Fed. R.

**ORDER** PERMITTING VAK CAPITAL TRUST I ("VAK") TO INTERVENE - 1

Civ. P. 24(b)(1)(B). Further, given the current stage of these proceedings and the unopposed nature of VAK's motion, the Court finds that the timing of VAK's intervention will not prejudice the existing parties. *See* Fed. R. Civ. P. 24(b)(1) (Motions to intervene must be timely.); *see also* LCR 7(b)(2) (When there is no response to a motion, the Court considers the non-response "as an admission that the motion has merit."). Having found that permissive intervention is warranted under Rule 24(b), the Court does not consider whether VAK may intervene as a matter of right under Rule 24(a).

Accordingly, the Court ORDERS:

- The Court GRANTS VAK's motion to intervene, Dkt. No. 65.
- The Court DIRECTS VAK to file its complaint within seven (7) days of the date of this Order.
- The Court DIRECTS the parties to file an updated joint status report within 14 days of the date of this Order.

Dated this 5th day of September, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** PERMITTING VAK CAPITAL TRUST I ("VAK") TO INTERVENE - 2