The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; its Trustee, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; its Trustee, U.S. BANK TRUST NATIONAL ASSOCIATION; AHP SERVICING, LLC; and JORGE NEWBERY,<br><br>　　　　　Defendants. | No. 2:24-CV-00025-JNW<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER CONTINUING FRCP 26(a)(2) EXPERT DISCLOSURE<br><br>NOTE ON MOTION CALENDAR:<br>November 12, 2024 |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and; AHP SERVICING, LLC;<br><br>　　　　　Counter-Plaintiffs,<br><br>　　v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>　　　　　Counter-Defendant. | |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER CONTINUING FRCP 26(a)(2) EXPERT DISCLOSURE - 1
(No. 2:24-CV-00025-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

|   |   |
|---|---|
| 1 | VAK CAPITAL TRUST I, |
| 2 |  |
| 3 |         Intervenor-Defendant and Counterclaim and Crossclaim Plaintiff, |
| 4 |  |
| 5 | v. |
| 6 | CYMBIDIUM RESTORATION TRUST; |
| 7 |         Counter-Defendant; and |
| 8 | AHP CAPITAL MANAGEMENT, LLC; and AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; |
| 9 |  |
| 10 |         Cross-Defendants. |

COME NOW the Plaintiff Cymbidium Restoration Trust ("Cymbidium"), Defendants American Homeowner Preservation Trust Series AHP Servicing, American Homeowner Preservation Trust Series 2015A+, AHP Capital Management, LLC, and AHP Servicing, LLC (collectively "AHP Entities") and Intervenor VAK Capital Trust I ("VAK") and hereby stipulate and agree to continue the FERCP 26(a)(2) deadline for disclosing expert testimony in this matter from November 12, 2024 to December 3, 2024. There is good cause to extend these case deadlines in order to permit additional time for ongoing meet and confers and follow-up discovery.

For the foregoing reasons, the parties jointly agree that there is good cause to continue continue the FRCP 26(a)(2) deadline for disclosing expert testimony to December 3, 2024.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
CONTINUING FRCP 26(a)(2) EXPERT DISCLOSURE - 2
(No. 2:24-CV-00025-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    DATED this 12th day of November, 2024.

        I certify that this memorandum contains 117 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600
jcoopersmith@corrcronin.com

KMA ZUCKERT LLP

*s/ Brian J. Benoit*
Brian J. Benoit (admitted *pro hac vice*)
227 West Monroe Street, Suite 3650
Chicago, Illinois 60606
Ph: (312) 345-3065
bbenoit@kmazuckert.com

*Attorneys for Defendants/Counter-Plaintiffs*

BYRNES KELLER CROMWELL LLP

*s/ Bradley S. Keller*
Bradley S. Keller, WSBA # 10665
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

*Attorneys for Plaintiff/Counter-Defendant*

BARG SINGER HOESLY PC

*s/ Cody Hoesly*
Cody Hoesly, WSBA #41190
121 SW Morrison St., Suite 600
Portland, Oregon, 97204
Ph.: (503) 241-3311
choesly@bargsinger.com

*Attorneys for Intervenor*

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING FRCP 26(a)(2) EXPERT DISCLOSURE - 3
(No. 2:24-CV-00025-JNW)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1   IT IS SO ORDERED.

2   DATED this 14th day of November, 2024.

_____
The Honorable Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
CONTINUING FRCP 26(a)(2) EXPERT DISCLOSURE - 4
(No. 2:24-CV-00025-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900