UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>               Plaintiff,<br>  v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>               Defendants. | CASE NO. C24-0025-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED ANSWER |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>               Counter-Plaintiffs,<br>  v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>               Counter-Defendant. | |
| VAK CAPITAL TRUST I,<br><br>               Intervenor-Defendant/<br>               Counterclaim and<br>               Crossclaim Plaintiff, | |

1  v.

2  CYMBIDIUM RESTORATION TRUST,

3              Counter-Defendant,
4              and

5  AHP CAPITAL MANAGEMENT, LLC, et al.,

6              Cross-Defendant.

   Defendants filed an unopposed motion for leave to file an amended answer.  Dkt. Nos. 82, 85.  The Court finds good cause to GRANT the motion (Dkt. No. 82).  Defendants shall file an amended answer no later than January 10, 2025.

   Dated this 7th day of January, 2025.

                               *Kymberly K. Evanson*
                               ――――――――――――――
                               Kymberly K. Evanson
                               United States District Judge