The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; its Trustee, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; its Trustee, U.S. BANK TRUST NATIONAL ASSOCIATION; AHP SERVICING, LLC; and JORGE NEWBERY,<br><br>Defendants. | NO. 2:24-cv-00025-KKE<br><br>UNOPPOSED STIPULATED MOTION REGARDING BRIEFING CONCERNING CERTAIN PENDING MOTIONS |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and AHP SERVICING, LLC,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>Counter-Defendant. | |

UNOPPOSED STIPULATED MOTION AND ORDER
(NO. 2:24-cv-00025-KKE) - 1

VAK CAPITAL TRUST I,

          Intervenor-Defendant and Counterclaim and Crossclaim Plaintiff,

v.

CYMBIDIUM RESTORATION TRUST,

          Counter-Defendant, and

AHP CAPITAL MANAGEMENT, LLC; and AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+,

          Cross-Defendants.

## I. **STIPULATION**

Defendants filed two motions regarding which plaintiff's responses are due this Friday, January 31, 2025. One is Defendants' Motion to Consolidate (Dkt. 115). The other is Defendants' Motion to Continue Trial Date (Dkt. 119). The local rules provide that each of the two briefs that plaintiff could submit in response to those motions should not exceed 4,200 words. LCR 7(e)(2). If plaintiff were to file two separate briefs in response to the motions, plaintiff would have a combined total of 8,400 words for the two responses. Plaintiff, however, is going to be filing one brief that is a combined response to both motions because of the nexus between the issues raised in the motions. Plaintiff's combined response will be less than 5,600 words. Defendants do not oppose plaintiff's response brief addressing both motions being up to 5,600 words.

Defendants intend to file a combined reply brief concerning these same motions that will not exceed 3,200 words. Defendants also request that the due date for their combined reply brief be February 6. Plaintiff does not oppose defendants' combined reply brief being up to 3,200 words, and plaintiff does not oppose that brief being filed February 6.

The parties are unsure regarding whether or how the 4,200 words per brief limit would be applied in these circumstances. The parties therefore jointly request and hereby stipulate to the following relief:

1. Plaintiff's combined response to the Motion to Consolidate (Dkt. 115) and the Motion to Continue (Dkt. 119) (together the "Motions") may be up to 5,600 words.

2. Defendants' combined reply brief regarding the Motions (i) shall be filed by February 6, 2025, and (ii) may be up to 3,200 words.

DATED this 29th day of January, 2025.

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA # 10665

By /s/ M. Victoria Molina
    M. Victoria Molina, WSBA # 62109
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone: (206) 622-2000
    Email:    bkeller@byrneskeller.com
               mvmolina@byrneskeller.com

**Attorneys for Plaintiff**

KMA ZUCKERT

By /s/ Brian J. Benoit
    Brian J. Benoit (admitted *pro hac vice*)
    227 West Monroe Street, Suite 3650
    Chicago, Illinois 60606
    Telephone: (312) 345-3065
    Email:    bbenoit@kmazuckert.com

CORR CRONIN LLP

By /s/ Jeffrey B. Coopersmith
    Jeffrey B. Coopersmith, WSBA #30954
    1015 Second Avenue, Floor 10
    Seattle, WA 98104
    Telephone: (206) 625-8600
    Email: jcoopersmith@corrcronin.com

**Attorneys for Defs. American Homeowner Preservation Trust Series AHP Servicing, AHP Capital Management, LLC, American Homeowner Preservation Trust Series 2015A+ and AHP Servicing, LLC**

## II.   ORDER

The parties' stipulated motion is GRANTED.

DATED this 31st day of January, 2025.

Kymberly K. Evanson
United States District Judge