CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By /s/ K. Albert
     Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>    Plaintiff(s),<br><br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>    Defendant(s). | CASE NO. C24-0025-KKE<br><br>MINUTE ORDER RE: LETTERS ROGATORY |

As provided in the Court's previous order (Dkt. No. 143), the Court now issues the letter of request and letters rogatory as requested by Defendants, attached hereto as separate docket items.

Dated this 28th day of March, 2025.

                                       Ravi Subramanian
                                       Clerk

                                       /s/ Kathleen Albert
                                       Deputy Clerk