The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CYMBIDIUM RESTORATION TRUST,

                          Plaintiff,

          v.

AMERICAN HOMEOWNER
PRESERVATION TRUST SERIES AHP
SERVICING; its Trustee, U.S. BANK TRUST
N.A.; AHP CAPITAL MANAGEMENT, LLC;
AMERICAN HOMEOWNER
PRESERVATION SERIES 2015A+; its Trustee,
U.S. BANK TRUST NATIONAL
ASSOCIATION; AHP SERVICING, LLC; and
JORGE NEWBERY,

                          Defendants.

NO. 2:24-cv-00025-KKE

ORDER GRANTING STIPULATED
MOTION TO DISMISS WITH
PREJUDICE VAK CAPITAL TRUST I'S
COUNTERCLAIM

ORDER DISMISSING WITH PREJUDICE VAK
CAPITAL TRUST I'S COUNTERCLAIM - 1

AMERICAN HOMEOWNER
PRESERVATION TRUST SERIES AHP
SERVICING; AHP CAPITAL
MANAGEMENT, LLC; AMERICAN
HOMEOWNER PRESERVATION SERIES
2015A+; and AHP SERVICING, LLC,

                    Counter-Plaintiffs,

        v.

CYMBIDIUM RESTORATION TRUST,

                    Counter-Defendant.

VAK CAPITAL TRUST I,

                    Intervenor-Defendant and
                          Counterclaim and
                    Crossclaim Plaintiff,

        v.

CYMBIDIUM RESTORATION TRUST,

                    Counter-Defendant, and

AHP CAPITAL MANAGEMENT, LLC; and
AMERICAN HOMEOWNER
PRESERVATION SERIES 2015A+,

                    Cross-Defendants.

        The Court GRANTS the parties' stipulated motion. Dkt. No. 152. Based on the parties'

agreement, it is hereby ORDERED that VAK Capital Trust I's counterclaim against Cymbidium

Restoration Trust is dismissed with prejudice, and without an award of costs or fees to either

party.

        DATED this 2nd day of April, 2025.

                                          _____
                                          Kymberly K. Evanson
                                          United States District Judge

ORDER DISMISSING WITH PREJUDICE VAK
CAPITAL TRUST I'S COUNTERCLAIM - 2