The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; its Trustee, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; its Trustee, U.S. BANK TRUST NATIONAL ASSOCIATION; AHP SERVICING, LLC; and JORGE NEWBERY,<br><br>Defendants. | NO. 2:24-cv-00025-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE VAK CAPITAL TRUST I'S CROSS-CLAIM |

ORDER DISMISSING WITH PREJUDICE VAK
CAPITAL TRUST I'S CROSS-CLAIM - 1

| | |
|---|---|
|1| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and AHP SERVICING, LLC, |

AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and AHP SERVICING, LLC,

       Counter-Plaintiffs,

  v.

CYMBIDIUM RESTORATION TRUST,

       Counter-Defendant.

VAK CAPITAL TRUST I,

    Intervenor-Defendant and Counterclaim and Crossclaim Plaintiff,

  v.

CYMBIDIUM RESTORATION TRUST,

       Counter-Defendant, and

AHP CAPITAL MANAGEMENT, LLC; and AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+,

       Cross-Defendants.

  The Court GRANTS the parties' stipulated motion. Dkt. No. 153. Based on the parties' agreement, it is hereby ORDERED that VAK Capital Trust I's cross-claim against Cross-Defendants AHP Capital Management, LLC, and American Homeowner Preservation Trust Series 2015A+ is dismissed with prejudice, and without an award of costs or fees to either party.

  DATED this 2nd day of April, 2025.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DISMISSING WITH PREJUDICE VAK CAPITAL TRUST I'S CROSS-CLAIM - 2