1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  | CYMBIDIUM RESTORATION TRUST, | CASE NO. C24-0025-KKE
10 |             Plaintiff, | MINUTE ORDER
    |     v. |
11 |  |
12 | AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., |
13 |  |
    |             Defendants. |
14 |  |
15 | AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., |
16 |  |
17 |             Counter-Plaintiffs, |
    |     v. |
18 |  |
    | CYMBIDIUM RESTORATION TRUST, |
19 |  |
    |             Counter-Defendant. |
20 |  |
21 | VAK CAPITAL TRUST I, |
22 |             Intervenor-Defendant/ Counterclaim and Crossclaim Plaintiff, |
23 |  |
24

MINUTE ORDER - 1

|   |   |
|---|---|
| | v. |
| | CYMBIDIUM RESTORATION TRUST, |
| | Counter-Defendant, |
| | and |
| | AHP CAPITAL MANAGEMENT, LLC, et al., |
| | Cross-Defendant. |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received statements describing two discovery disputes (Dkt. No. 158, 159, 161), one of which contains a request to address the discovery still outstanding in the context of case scheduling and potential consolidation with a related case (No. C25-0007-KKE (W.D. Wash. 2025)).  *See* Dkt. No. 158 at 4.  The Court has set a discovery conference for May 28, 2025, and will address both discovery disputes during that conference (Dkt. No. 160), but directs the courtroom deputy to contact the parties regarding a scheduling conference to be set separately with the parties in this case as well as the related case.

Dated this 27th day of May, 2025.

                                                    Ravi Subramanian
                                                    Clerk

                                                    */s/ Alejandro Pasaye Hernandez*
                                                    Deputy Clerk

MINUTE ORDER - 2