|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | WESTERN DISTRICT OF WASHINGTON |
| | AT SEATTLE |

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, | CASE NO. C24-0025-KKE |
| Plaintiff, | ORDER MEMORIALIZING ORAL RULINGS ON DISCOVERY DISPUTES |
| v. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Defendants. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Counter-Plaintiffs, | |
| v. | |
| CYMBIDIUM RESTORATION TRUST, | |
| Counter-Defendant. | |
| VAK CAPITAL TRUST I, | |
| Intervenor-Defendant/ Counterclaim and Crossclaim Plaintiff, | |

|   |   |
|---|---|
| 1 | v. |
| 2 | CYMBIDIUM RESTORATION TRUST, |
| 3 |  |
| 4 | Counter-Defendant, and |
| 5 | AHP CAPITAL MANAGEMENT, LLC, et al., |
| 6 |  |
| 7 | Cross-Defendant. |

The Court held a discovery conference on May 28, 2025, to discuss the statements of discovery dispute filed by the parties. *See* Dkt. Nos. 158, 159, 161. After discussing the current status of outstanding discovery requests, the Court ORDERS:

(1) The parties shall continue reviewing documents produced and providing supplemental responses, and the Court expects that the parties will use their best efforts to locate all responsive documents;

(2) Plaintiff shall provide a list to Defendants of the entities considered to be Plaintiff's affiliates and the entities that are not considered affiliates, for purposes of determining whether documents are in the "control" of Plaintiff;

(3) The parties to the discovery disputes shall file a status report no later than June 2, 2025, documenting any disputes addressed in the statements (Dkt. Nos. 158, 159, 161) that have been resolved and which disputes require judicial resolution; and

(4) The parties shall come prepared to discuss at the scheduling conference on June 3, 2025 (Dkt. No. 164) the length of any discovery extension needed.

Dated this 28th day of May, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER MEMORIALIZING ORAL RULINGS ON DISCOVERY DISPUTES - 3