UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, | CASE NO. C24-0025-KKE |
| Plaintiff, | ORDER ON SCHEDULING |
| v. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Defendants. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Counter-Plaintiffs, | |
| v. | |
| CYMBIDIUM RESTORATION TRUST, | |
| Counter-Defendant. | |
| VAK CAPITAL TRUST I, | |
| Intervenor-Defendant/ Counterclaim and Crossclaim Plaintiff, | |

ORDER on SCHEDULING - 1

v.

CYMBIDIUM RESTORATION TRUST,

    Counter-Defendant,
and

AHP CAPITAL MANAGEMENT, LLC, et al.,

    Cross-Defendant.

  Over the past week, the Court has discussed a number of discovery disputes with the parties in this case. *See* Dkt. Nos. 158, 159, 161, 166, 168, 169. Defendants requested an extension of the case schedule to allow the parties time to resolve these issues and complete discovery. Dkt. No. 158 at 4. Although Plaintiff does not agree that the outstanding discovery yet to be produced warrants an extension of the case schedule, Plaintiff nonetheless contends that Defendants have failed to fully respond to certain discovery requests. *See* Dkt. No. 168 at 3–4.

  The Court finds good cause for a short extension of the case schedule. The parties appear to be working together in good faith to complete discovery and, given that Plaintiff *and* Defendants require additional time to complete discovery, Plaintiff will not be unduly prejudiced by a short continuance. Accordingly, the Court will extend the case schedule in this matter for approximately 75 days. The current case schedule (Dkt. No. 157) is VACATED, and the Court directs the courtroom deputy to issue a new case schedule based on a trial date of January 20, 2026. The Court denies Defendants' request to reconsider consolidation of this case with the related case, No. C25-0007-KKE.

  If Plaintiff wishes to file a motion to compel with respect to the categories of documents which it claims have yet to be produced, it may do so by the new discovery motions deadline. Any

ORDER on SCHEDULING - 2

future discovery disputes must be brought to the Court's attention no later than the new discovery motions deadline, to allow the Court to keep this case on track for a January 20, 2026 trial.

Dated this 3rd day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER on SCHEDULING - 3