The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; its Trustee, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; its Trustee, U.S. BANK TRUST NATIONAL ASSOCIATION; AHP SERVICING, LLC; and JORGE NEWBERY,<br><br>　　　　　　　　　　　　Defendants.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and AHP SERVICING, LLC,<br><br>　　　　　　　　　　　　Counter-Plaintiffs,<br><br>　v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>　　　　　　　　　　　　Counter-Defendant. | NO. 2:24-cv-00025-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO COMPEL EXECUTION OF DEED AND TRANSFER OF DOCUMENTATION |

ORDER - 1

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

Plaintiff filed a motion to compel Defendants to complete the necessary documentation, including the deed and assignments, to effectuate the transfer of title to the property located at 803 S. Third Avenue, Hoopeston, IL 60942 to Vanessa From and Felix Cantu, Jr. Dkt. No. 172. Defendants do not oppose this motion and expressed a willingness to complete this action within seven days after receipt of the necessary documentation from Land Home Financial Services, Inc. Dkt. No. 179. According to Plaintiff's reply brief, Defendants received that documentation on July 11, 2025. Dkt. No. 181 at 2.

Considering that there appears to be no dispute that Defendants should complete the paperwork necessary to transfer ownership of the Hoopeston property, the Court GRANTS Plaintiff's motion (Dkt. No. 172) and ORDERS Defendants to execute and return the deed and associated documentation no later than July 18, 2025.

DATED this 15th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 2

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**