The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; its Trustee, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; its Trustee, U.S. BANK TRUST NATIONAL ASSOCIATION; AHP SERVICING, LLC; and JORGE NEWBERY,<br><br>Defendants.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and AHP SERVICING, LLC,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>Counter-Defendant. | No. 2:24-CV-00025-KKE<br><br>JOINT MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS/ COUNTER-PLAINTIFFS<br><br>NOTE ON MOTION CALENDAR: September 8, 2025 |

JOINT MOTION FOR ORDER GRANTING LEAVE
TO WITHDRAW AS COUNSEL - 1
(No. 2:24-CV-00025-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | |
| 2 | VAK CAPITAL TRUST I, |
| 3 |         Intervenor-Defendant and Counterclaim and |
| 4 |         Crossclaim Plaintiff, |
| 5 | v. |
| 6 | CYMBIDIUM RESTORATION TRUST, |
| 7 |         Counter-Defendant, |
| 8 | and |
| 9 | AHP CAPITAL MANAGEMENT, LLC; and AMERICAN HOMEOWNER |
| 10 | PRESERVATION SERIES 2015A+, |
| 11 |         Cross-Defendants. |

## I. RELIEF REQUESTED

Pursuant to LCR 83.2(b), Jeffrey B. Coopersmith, Eric A. Lindberg, and Rachel E. Hay of Corr Cronin LLP ("Corr Cronin"), and Brian J. Benoit of KMA Zuckert LLP ("KMA Zuckert") move this Court for leave to withdraw as counsel for Defendants/Counter-Plaintiffs, American Homeowner Preservation Trust Series AHP Servicing, American Homeowner Preservation Trust Series 2015A+, AHP Capital Management, LLC and AHP Servicing, LLC, (collectively "AHP Entities").

## II. FACTS

**A. AHP Entities received advance notice of this motion.**

AHP Entities are represented by local counsel, Jeffrey B. Coopersmith, Eric A. Lindberg, and Rachel E. Hay of Corr Cronin, LLP ("Corr Cronin"), and pro hac vice counsel Brian J. Benoit of KMA Zuckert LLP.

JOINT MOTION FOR ORDER GRANTING LEAVE
TO WITHDRAW AS COUNSEL - 2
(No. 2:24-CV-00025-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Corr Cronin and KMA Zuckert notified AHP Entities that they intend to file a motion to withdraw. The circumstances that caused Corr Cronin and KMA Zuckert to announce their intent to withdraw have remained. AHP Entities is aware that it needs to locate substitute local counsel before the noting date for this motion.

**B.  Counsel certifies that this motion was properly served.**

By signing this motion, undersigned counsel certifies that AHP Entities and opposing counsel are being served with copies of this motion. Opposing counsel will receive this motion through the Court's electronic service system, and the AHP Entities will receive this motion by email and U.S. mail.

**C.  Counsel certifies that it has advised AHP Entities of the legal obligation to have local counsel.**

By signing this motion, undersigned counsel certifies that Corr Cronin and KMA Zuckert have advised AHP Entities that AHP Entities is required by law to be represented by an attorney admitted to practice before this court and that failure to obtain a replacement attorney by the noting date of this motion may result in the dismissal of any claim AHP Entities has and the entry of default against AHP Entities on Plaintiff's claims.

### III.  ISSUE PRESENTED

Should the Court grant leave for Jeffrey B. Coopersmith, Eric A. Lindberg, and Rachel E. Hay of Corr Cronin, and Brian J. Benoit of KMA Zuckert LLP to withdraw as counsel for AHP Entities?

### IV.  ARGUMENT AND AUTHORITY

LCR 83.2(b)(1) provides that an attorney may withdraw from a civil case with leave of the Court.

A motion for leave must be noted in accordance with LCR 7(d)(3). LCR 83.2(b)(1). This motion was properly noted for 21-days after filing.

JOINT MOTION FOR ORDER GRANTING LEAVE
TO WITHDRAW AS COUNSEL - 3
(No. 2:24-CV-00025-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

A motion that will leave a party unrepresented must include the party's address and telephone number. LCR 83.2(b)(1). The contact information for AHP Entities is: Jorge Newbery, 303 East Main Street, Suite 102, Barrington, Illinois 60010, email: jnewbery@ahpservicing.com, Ph: (504) 570-7863

While this case is within 60 days of the discovery cut-off, trial in this matter is not set until January 20, 2026, over five months from the date of this motion.

If an attorney for a business entity seeks to withdraw, the attorney must certify that it has served the motion on the party and on opposing counsel. LCR 83.2(b)(1). Corr Cronin and KMA Zuckert are doing so.

If an attorney for a business entity withdraws, it must certify that it has advised the entity that it is required to have local counsel and must advise it of the consequences of not having local counsel. LCR 83.2(b)(4). Corr Cronin and KMA Zuckert have done so.

### V. CONCLUSION

Good cause exists to grant Corr Cronin leave to withdraw as counsel from this matter.

DATED this 18th day of August, 2025.

I certify that this memorandum contains 566 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
Eric A. Lindberg, WSBA No. 43596
Rachel E. Hay, WSBA No. 60245
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600
jcoopersmith@corrcronin.com
elindberg@corrcronin.com
rhay@corrcronin.com

JOINT MOTION FOR ORDER GRANTING LEAVE
TO WITHDRAW AS COUNSEL - 4
(No. 2:24-CV-00025-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

KMA ZUCKERT LLP

_s/ Brian J. Benoit_
Brian J. Benoit (*pro hac vice*)
227 West Monroe Street, Suite 3650
Chicago, Illinois 60606
Ph: (312) 345-3065
bbenoit@kmazuckert.com

*Attorneys for Defendants*

JOINT MOTION FOR ORDER GRANTING LEAVE
TO WITHDRAW AS COUNSEL - 5
(No. 2:24-CV-00025-KKE)

**Corr Cronin** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900