UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>    Plaintiff,<br> v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>    Defendants. | CASE NO. C24-0025-KKE<br><br>ORDER TO PROVIDE ADDITIONAL INFORMATION |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>    Counter-Plaintiffs,<br> v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>    Counter-Defendant. | |
| VAK CAPITAL TRUST I,<br><br>    Intervenor-Defendant/<br>    Counterclaim and<br>    Crossclaim Plaintiff,<br> v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>    Counter-Defendant,<br>    and | |

ORDER TO PROVIDE ADDITIONAL INFORMATION - 1

|   |   |
|---|---|
| AHP CAPITAL MANAGEMENT, LLC, et al., | |
| Cross-Defendant. | |

Defendants' counsel filed a motion for leave to withdraw representation that complies with the notice requirements of Local Rules W.D. Wash. LCR 83.2(b)(1).  Dkt. No. 192.  The motion does not explain why withdrawal is sought, however, which impairs the Court's ability to evaluate whether the motion should be granted.  *See, e.g.*, *Putz v. Golden*, No. C10-0741JLR, 2012 WL 13019202, at *3 (W.D. Wash. Aug. 3, 2012) (providing that when addressing a motion to withdraw, courts consider, among other things, "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case").

Defendants' counsel is therefore ORDERED to provide more information regarding the "circumstances that caused [counsel] to announce their intent to withdraw" (Dkt. No. 192 at 3), no later than September 8, 2025.  Counsel may file this information *ex parte* under seal, and must provide the information to Defendants but need not serve it on Plaintiffs.

Dated this 3rd day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO PROVIDE ADDITIONAL INFORMATION - 2