The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; its Trustee, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; its Trustee, U.S. BANK TRUST NATIONAL ASSOCIATION; and AHP SERVICING, LLC,<br><br>    Defendants. | No. 2:24-CV-00025-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS/COUNTER-PLAINTIFFS TO FIND NEW COUNSEL |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and AHP SERVICING, LLC,<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>    Counter-Defendant. | |

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR DEFENDANTS/
COUNTER-PLAINTIFFS TO FIND NEW COUNSEL - 1
(No. 2:24-CV-00025-KKE)

VAK CAPITAL TRUST I,

        Intervenor-Defendant and Counterclaim and Crossclaim Plaintiff,

v.

CYMBIDIUM RESTORATION TRUST,

        Counter-Defendant,

and

AHP CAPITAL MANAGEMENT, LLC; and AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+,

        Cross-Defendants.

The Court GRANTS Defendants/Counter-Plaintiffs' unopposed motion for extension of time to find new counsel. Dkt. No. 205. The deadline for Defendants/Counter-Plaintiffs to find new counsel is extended two weeks from September 26, 2025, to October 10, 2025, and the effective date of counsel's withdrawal is also extended to October 10, 2025. *See* Dkt. No. 192.

DATED this 26th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR DEFENDANTS/
COUNTER-PLAINTIFFS TO FIND NEW COUNSEL - 2
(No. 2:24-CV-00025-KKE)