UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>                Plaintiff(s),<br>  v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>                Defendant(s). | CASE NO. C24-0025-KKE<br><br>ORDER GRANTING IN PART AND DENYING IN PART THE STIPULATED MOTION FOR EXTENSION |

The Court previously ordered the parties to submit trial briefs, deposition designations, proposed findings of fact and conclusions of law, and a joint brief on motions in limine on January 6, 2026. Dkt. No. 171. On January 6, 2026, the parties filed a stipulated motion to extend the deadline to file trial briefs, proposed findings of fact and conclusions of law, and motions in limine to January 9, 2026. Dkt. No. 214. The pretrial conference is scheduled for January 13, 2026. Dkt. No. 212.

The Court finds good cause to extend the deadlines for filing trial briefs and proposed findings of fact and conclusions of law, and thus GRANTS the parties' stipulated motion (Dkt. No. 214) to that extent. The parties shall file trial briefs and proposed findings of fact and conclusions of law no later than January 9, 2026.

But the Court GRANTS IN PART and DENIES IN PART the parties' stipulated motion (Dkt. No. 214) as to the motions in limine, finding that an extension to January 9 for the motions in limine would inhibit the Court's ability to consider the motions in advance of the pretrial conference. The parties shall file a joint brief on motions in limine no later than January 8, 2026.

Dated this 6th day of January, 2026.

_____
Kymberly K. Evanson
United States District Judge