UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, | CASE NO. C24-0025-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

At the hearing on January 15, 2026, the parties shall come prepared to discuss the sequencing impact, if any, of a potential extension of the trial date in this case on the motions to dismiss pending in the related case, *AHP Capital Management LLC v. Oak Harbor Capital LLC*, No. C25-0007-KKE (W.D. Wash.).

Dated this 14th day of January 2026.

　　　　　　　　　　　　　　　　　　Joshua C. Lewis
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　*/s/ Alejandro Pasaye Hernandez*
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1