1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, | CASE NO. C24-0025-KKE |
| Plaintiff/Counterclaim Defendant, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Defendant/Counterclaim Plaintiff. | |

The Court met with the parties for a pretrial conference on January 13 and 15, 2026, during which the Court discussed the need for resolution on certain threshold legal issues before this matter proceeds to trial. Dkt. Nos. 224, 226.

To that end, the Court VACATES the trial date (Dkt. No. 171) and TERMINATES the parties' motions in limine (Dkt. No. 218). The Court ORDERS the parties to comply with the following briefing schedule for Federal Rule of Civil Procedure 56 motions:

(1) Motions filed no later than February 2, 2026 (noted for April 23, 2026).

(2) Opposition briefs filed no later than February 27, 2026.

(3) Reply briefs filed no later than March 16, 2026.

(4) Oral argument on the cross-motions at 1 p.m. on April 23, 2026.

As discussed at the pretrial conference, the parties are ORDERED to file a statement on the issue of appointing a special master to conduct an accounting no later than January 23, 2026. The statement should identify the points of agreement and disagreement between the parties, and propose a mechanism for resolving any points of disagreement (i.e., filing a motion (by a proposed deadline), etc.).

Dated this 15th day of January, 2026.

Kymberly K. Evanson
United States District Judge