UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; ITS TRUSTEE, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; ITS TRUSTEE, U.S. BANK TRUST NATIONAL ASSOCIATION; AHP SERVICING, LLC; AND JORGE NEWBERY,<br><br>Defendants. | Case No. 2:24-cv-0025-KKE<br><br>DECLARATION OF HOZAIFA Y. CASSUBHAI IN SUPPORT OF DEFENDANTS / COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and; AHP SERVICING, LLC,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>CYMBIDIUM RESTORATION TRUST,<br><br>Counter-Defendant. | |

DECLARATION OF HOZAIFA Y. CASSUBHAI IN SUPPORT OF DEFENDANTS / COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT – Page 1

I, Hozaifa Y. Cassubhai, state as follows based on personal knowledge:

1. I am a natural person 18 years of age or older. If called to testify as to the following facts, I could do so competently.

2. I am a partner with the law firm of Bailey Duquette P.C., with an office in Seattle, Washington.

3. I represent Defendants/Counter-Plaintiffs American Homeowner Preservation Trust Series AHP Servicing; AHP Capital Management, LLC; American Homeowner Preservation Series 2015A+; and AHP Servicing, LLC (collectively, "**AHP**").

4. Attached are true and correct copies of the following documents or records:

| Exhibit | Description |
|---------|-------------|
| 1 | Compendium of Washington Secretary of State (SOS) records for entities in the Weinstein Enterprise |
| 2 | Print-out of a webpage at https://oakharborcapital.com/team/, as last accessed on January 30, 2026 |
| 3 | Print-out of a webpage at https://www.w-legal.com, as last accessed on January 30, 2026 |
| 4 | SOS records for a sample set of Oak Harbor-affiliated entities, as last accessed on February 1, 2026 |
| 5 | Limited Liability Company Agreement of Magerick LLC, effective date October 26, 2021 |
| 6 | Excerpts from the Deposition of William Weinstein, as taken on December 8 and 11, 2025 |
| 7 | September 20, 2021 emails between William Weinstein and AHP agent |

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

| | |
|---|---|
| 8 | September 3, 2021 emails between Jorge Newbery and Weinstein |
| 9 | September 18, 2021 email from Weinstein to Newbery |
| 10 | August 9, 2021 emails between Newbery and Weinstein |
| 11 | Mortgage Loan Sale Agreement with Repurchase Obligation between AHP and Cymbidium, dated August 9, 2022 |
| 12 | Guaranty Agreement |
| 13 | August 9, 2022 emails between Newbery and Weinstein |
| 14 | September 16, 2022 email from Newbery to Weinstein re "25M loan" |
| 15 | September 21, 2022 emails between Newbery and Weinstein re "25M loan" |
| 16 | Mortgage Loan Sale Agreement with Repurchase Obligation between AHP and Cymbidium, dated October 7, 2022 |
| 17 | September 28, 2022 email from Weinstein to Newbery re final draft of agreement and request to address "prior loan" |
| 18 | September 22, 2022 email from Weinstein to Cliff Ponte |
| 19 | Western Alliance Bank Monthly Settlement Report for Magerick, LLC, dated October 6, 2022 |
| 20 | December 13, 2023 email from Western Alliance Bank to Weinstein re outside counsel review of AHP dispute |
| 21 | Excerpts from the Deposition of Sonal Gupta, as taken on December 10, 2025 |
| 22 | Secured Participation Agreement between Cymbidium and Magerick |
| 23 | First Amendment to Mortgage Loan Sale Agreement with Repurchase Obligation, between AHP and Cymbidium, dated March 15, 2023 |
| 24 | Limited Power of Attorney from AHP to Oak Harbor Capital, dated April 19, 2023 |

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

| 25 | Summary of LPOA-based transfers and assignment records, as prepared by AHP (PLACEHOLDER-NATIVE FILE) |
|---|---|
| 26 | Notice of Revocation of Power of Attorney, dated December 8, 2023 |
| 27 | Letter from Newbery to Weinstein re Revoked Powers of Attorney, dated January 4, 2024 |
| 28 | Assignment of Mortgage for 429 Campbell, Riverrogue, MI 48218, dated December 28, 2023 |
| 29 | Mortgage Loan Sale Agreement between Magerick and BBNY Mortgage, LLC, dated June 30, 2023 |
| 30 | Mortgage Loan Sale Agreement between BBNY Mortgage, LLC and Bonifera, LLC, dated June 30, 2023 |
| 31 | Declaration of William Bymel, dated February 24, 2025 |
| 32 | DLC Mortgages, LLC Investor Letter, dated October 5, 2023 |
| 33 | Weinstein email summarizing DLC 2023 second quarter investor letter, dated October 5, 2023 |
| 34 | INTENTIONALLY OMITTED |
| 35 | Excerpts from Deposition of Darragh Birkett, as taken on June 9, 2025 |
| 36 | Email from Peter Fitspatrick to Weinstein re closing Keydally transaction, dated July 6, 2023 |
| 37 | Participation Agreement between Cymbidium and Keydally, dated July 20, 2023 (unsigned) |
| 38 | Promissory Note between Keydally and Weinstein, dated July 20, 2023 |
| 39 | Promissory Note between Keydally and Bradley Waite, dated July 20, 2023 |
| 40 | Excerpts from the Deposition of Paul Birkett, as taken on June 11, 2025 |
| 41 | Emails between Paul Birkett and Jeff Coopersmith, Esq., dated November 13, 2024 |

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

| 42 | Email from Darragh Birkett to Brian Benoit, Esq. and Weinstein, dated November 4, 2024 |
|---|---|
| 43 | Email thread re 2101 Bellevue Avenue, Syracuse NY property, dated Sep. 21, 2023–Oct. 27, 2023 |
| 44 | Email from Sonal Gupta to Weinstein, dated December 14, 2023 |
| 45 | Letter from Newbery to Cliff Ponte, dated February 9, 2024 |
| 46 | Complaint filed in *Magerick, LLC v. AQRE Properties, LLC, et al.*, Clark County, Ohio, dated March 11, 2024 |
| 47 | Complaint filed in *Magerick, LLC v. U.S. Bank National Association as Trustee of American Homeowner Preservation Series 2015 A+, et al.*, Mahoning County, Ohio, dated March 11, 2024 |
| 48 | Complaint filed in *Erostylis, LLC v. U.S. Bank Trust as Trustee of the American Homeowner*, in Lucas County, Ohio, dated April 10, 2024 |
| 49 | Complaint filed in *Erostylis, LLC v. AHP Servicing, LLC*, in Leflore County, Mississippi, March 25, 2025 |
| 50 | Cymbidium reconciliation spreadsheet dated October 27, 2023 (CYMBIDIUM 125604) (PLACEHOLDER-NATIVE FILE) |
| 51 | Letter from Newbery to Waite, dated November 14, 2023 |
| 52 | Email from Newbery to Weinstein, dated January 17, 2024 |
| 53 | Cymbidium reconciliation spreadsheet dated December 14, 2023 (CYMBIDIUM 133781) (PLACEHOLDER-NATIVE FILE) |
| 54 | Cymbidium reconciliation spreadsheet dated March 29, 2024 (CYMBIDIUM 139067) (PLACEHOLDER-NATIVE FILE) |
| 55 | Plaintiff Cymbidium's Initial Disclosures, dated April 4, 2024 |
| 56 | Cymbidium reconciliation spreadsheet dated December 2024 (CYMBIDIUM 139074) (PLACEHOLDER-NATIVE FILE) |
| 57 | Cymbidium reconciliation spreadsheet produced on January 6, 2026 (no bates-number) (PLACEHOLDER-NATIVE FILE) |

DECLARATION OF HOZAIFA Y. CASSUBHAI IN SUPPORT OF DEFENDANTS / COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT – Page 5

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

| 58 | Email from Emma Brockman at Oak Harbor Capital to Weinstein re Lis Pendens AHP list, dated December 8, 2023 |
|---|---|
| 59 | Attachment to Ex. 58, Cymbidium spreadsheet listing AHP lis pendens (PLACEHOLDER-NATIVE FILE) |
| 60 | Findings of Facts and Conclusions of Law, in *Oak Harbor Capital Special Opportunities Master Fund, L.P. v. AHP Servicing, LLP, et al.*, No. 23-2-25722-7 SEA, dated Oct. 28, 2025 |
| 61 | Findings of Facts and Conclusions of Law Regarding Award of Attorneys' Fees, Expenses, Costs, and Disbursements to Defendants, in *Oak Harbor Capital Special Opportunities Master Fund, L.P. v. AHP Servicing, LLP, et al.*, No. 23-2-25722-7 SEA, dated Oct. 28, 2025 |
| 62 | Certification of Plaintiff, filed in *Magerick, LLC, v. American Homeowner Preservation Series, et al.*, in Ocean County, New Jersey, dated August 6, 2024 |
| 63 | Participation Agreement between MWPNP, LLC and Barbara Levine Weinstein Grandchildren's Trust, dated September 12, 2023 |
| 64 | Limited Power of Attorney from AHP to Atlantica, LLC, dated September 20, 2022 |
| 65 | Email from Gonzalo Valenzuela to Michael Basile and Weinstein (among others) re AHP 3Q23 Valuation, dated October 13, 2023 |
| 66 | Cymbidium Excel spreadsheet (CYMBIDIUM 122925) (PLACEHOLDER-NATIVE FILE) |
| 67 | Magerick's Borrowing Base Certificate for Western Alliance Bank, loan tape date as of Juny 19, 2024 |
| 68 | Magerick's Borrowing Base Certificate for Western Alliance Bank, loan tape date as of August 14, 2023 |
| 69 | Email from Darragh Birkett to Brian Benoit, Esq. and Weinstein dated November 4, 2024 |
| 70 | Email from Newbery to Weinstein, dated October 18, 2023 |
| 71 | Email from Newbery to Weinstein, dated October 19, 2023 |

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

| | |
|---|---|
| 72 | Email from Newbery to Weinstein, dated October 23, 2023 |
| 73 | Email from Newbery to Weinstein (among others), dated October 30, 2023 |
| 74 | Email from Weinstein to Newbery, dated October 31, 2023 |
| 75 | Certification in Support of Motion to Stay Case, as filed in *Magerick LLC v. American Homeowner Preservation Trust Series AHP Servicing, et al.*, in Ocean County, NJ dated November 7, 2024 |

Dated this 2nd day of February 2026 at Westfield, New Jersey.

By: */s Hozaifa Y. Cassubhai*
Hozaifa Y. Cassubhai

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Declaration of Hozaifa Y. Cassubhai in Support of Defendants / Counter-Plaintiffs' Motion For Partial Summary Judgment served upon counsel of record herein, as follows:

Bradley S. Keller, WSBA #10665
M. Victoria Molina, WSBA #62109        ☒ Via ECF
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com
mvmolina@byrneskeller.com

Attorneys for Plaintiff


I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: February 3, 2026 at Westfield, New Jersey.

/s Hozaifa Y. Cassubhai
Hozaifa Y. Cassubhai, WSBA No. 39512

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869