UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, | CASE NO. C24-0025-KKE |
| Plaintiff(s), | ORDER TO FILE A MOTION FOR APPOINTMENT OF A SPECIAL MASTER |
| v. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Defendant(s). | |

As ordered by the Court, the parties filed reports addressing the potential appointment of an independent accountant. *See* Dkt. No. 227. The parties agree to some extent that an independent accountant should be appointed, but disagree as to the timing of that appointment, the scope of the accountant's work, and the identity of the accountant. Dkt. Nos. 228, 229. Defendants urge the Court to appoint an accountant immediately, and state that delay causes concrete prejudice to them. Dkt. No. 229 at 2. Neither report addresses the applicable legal standards or case authority that applies to the appointment of a special master, nor do they (as requested by the Court (Dkt. No. 227)) propose a mechanism for resolving the disagreements of the parties on the issue of appointing a special master, such as via motion practice. Dkt. Nos. 228, 229.

Because it is Defendants who request action immediately, and Plaintiff would prefer to delay appointment of the accountant until later in the litigation, the Court directs Defendants to

ORDER TO FILE A MOTION FOR APPOINTMENT OF A SPECIAL MASTER - 1

file a motion for appointment of an accountant under Federal Rule of Civil Procedure 53.  The Court declines to impose a deadline by which this motion must be filed, in recognition that the parties are briefing multiple other motions at this time.  The Court expects the parties' briefing will address the applicable legal standards and relevant case authority supporting their respective positions, and the Court will resolve any forthcoming motion after it is ripe.

Dated this 3rd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A MOTION FOR APPOINTMENT OF A SPECIAL MASTER - 2