The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CYMBIDIUM RESTORATION TRUST,

Plaintiff,

v.

AMERICAN HOMEOWNER
PRESERVATION TRUST SERIES AHP
SERVICING; its Trustee, U.S. BANK TRUST
N.A.; AHP CAPITAL MANAGEMENT, LLC;
AMERICAN HOMEOWNER
PRESERVATION SERIES 2015A+; its Trustee,
U.S. BANK TRUST NATIONAL
ASSOCIATION; AHP SERVICING, LLC; and
JORGE NEWBERY,

Defendants.

AMERICAN HOMEOWNER
PRESERVATION TRUST SERIES AHP
SERVICING; AHP CAPITAL
MANAGEMENT, LLC; AMERICAN
HOMEOWNER PRESERVATION SERIES
2015A+; and AHP SERVICING, LLC,

Counter-Plaintiffs,

v.

CYMBIDIUM RESTORATION TRUST,

Counter-Defendant.

NO. 2:24-cv-00025-KKE

DECLARATION OF CHRIS WITTRIG IN
SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT

NOTE ON MOTIONS CALENDAR:
APRIL 23, 2026

ORAL ARGUMENT REQUESTED

DECLARATION OF CHRIS WITTRIG IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
(NO. 2:24-cv-00025-KKE) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

I, Chris Wittrig, declare as follows:

1.      I am the Senior Vice President and Chief Information Officer ("CIO") of Land Home Financial Services, Inc. ("Land Home"). I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently thereto.

2.      Land Home is a privately owned, nationwide mortgage lender and servicer licensed in all 50 states and the District of Columbia. Land Home has provided standardized mortgage lending and servicing solutions since approximately 1988 and mortgage servicing solutions since 2007, including collection of borrower payments, escrow management, tax remittances, property preservation coordination, foreclosure administration, and related default servicing functions.

3.      Land Home is an independent company with a broad customer base. It is not owned by, controlled by, or affiliated with Cymbidium Restoration Trust, William Weinstein, or any related entities.

4.      Land Home provided mortgage servicing for certain loans that were part of the Mortgage Loan Sale Agreement portfolio at issue in this case (the "MLSA Loans"). Land Home's role was limited to standard third party servicing functions consistent with industry norms.

5.      As part of its ordinary servicing operations, Land Home advanced third-party expenses on behalf of investors where it was required to preserve or protect the property securing the loans including, but not limited to: property taxes, insurance, legal fees, foreclosure costs, and property preservation expenses. These items are commonly referred to in the industry as "pass-through" or "improvement" costs.

6.      In addition to pass-through third-party expenses, Land Home charges a monthly flat-rate servicing fee for portfolio management, separate from those advances.

7.      Land Home provides regular monthly statements to its clients that identify servicing fees and itemize pass-through third-party expenses at the loan level. These statements

DECLARATION OF CHRIS WITTRIG IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
(NO. 2:24-cv-00025-KKE) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

reflect actual costs incurred and paid to independent vendors, taxing authorities, courts, or other third parties.

8.    The improvement costs reflected in Cymbidium's reconciliation materials consist of these standard pass-through servicing expenses and routine servicing fees. They are not internal markups, profit allocations, or affiliated-party transfers.

9.    Land Home's pricing and fee structure for the MLSA Loans reflects ordinary industry practices for servicing distressed or non-performing mortgage portfolios.

10.    Land Home provided servicing for certain MLSA Loans with AHP's knowledge. AHP was also aware that Mortgage Loan Files needed to be transferred to Land Home in order for servicing and monetization activities to proceed, but those files were not delivered.

11.    Land Home did not receive any improper benefit from its servicing role, and its charges reflect standard third-party expenses and customary servicing fees associated with managing distressed mortgage assets.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED in _HARVEY, AL_____, this _27TH_ day of February, 2026.

_____
Chris Wittrig

DECLARATION OF CHRIS WITTRIG IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
(NO. 2:24-cv-00025-KKE) - 3

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000