UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>      Plaintiff/Counter-Defendant,<br>  v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>      Defendants/Counter-Plaintiffs. | CASE NO. C24-0025-KKE<br><br>ORDER TO RESPOND TO THE JOINT STATUS REPORT REGARDING COURT-APPOINTED EXPERT |

The Court has reviewed the parties' joint status report regarding a court-appointed expert. Dkt. No. 275. The parties have complied with the Court's instructions to nominate two experts each, and now the parties must exercise their veto. *See* Dkt. No. 273 at 2. No later than noon on May 6, 2026, Plaintiff/Counter-Defendant and Defendants/Counter-Plaintiffs shall file a notice disclosing its veto of one of the other side's proposed experts. The parties' notices shall also propose the instructions to be given to the court-appointed expert, describing the scope of the assignment and any other relevant details.

The courtroom deputy is directed to contact counsel to schedule a status conference for a mutually agreeable timeslot during which the Court will select an expert and discuss trial scheduling.

Dated this 5th day of May, 2026.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER TO RESPOND TO THE JOINT STATUS REPORT REGARDING COURT-APPOINTED EXPERT - 1