UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, | CASE NO. C24-0025-KKE |
| Plaintiff/Counter-Defendant, | ORDER APPOINTING EXPERT |
| v. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Defendants/Counter-Plaintiffs. | |

The Court has considered the parties' joint report on the issue of a Court-appointed expert (Dkt. No. 275), as well as the parties' separate reports containing an expert veto and competing instructions for the expert. Dkt. Nos. 278, 279. The Court discussed those filings with the parties at a status conference. *See* Dkt. No. 277. As discussed during that conference, the Court ORDERS as follows:

(1) David Solis is appointed to serve as a neutral expert in this matter, consistent with Federal Rule of Evidence 706.

(2) The Court instructs the expert to:

    a. Assemble, review, and reconcile financial records related to the mortgage loans at issue with respect to the amended Mortgage Loan Sale Agreement with Repurchase Obligation ("MLSARO").

ORDER APPOINTING EXPERT - 1

b.  Determine what funds were remitted, by whom and from whom, and what costs were incurred with respect to each Mortgage Loan.

c.  Determine whether proceeds from any Mortgage Loan were not remitted to Plaintiff/Counter-Defendant.

d.  Identify any Mortgage Loans that were purportedly subject to the amended MLSARO but were sold before the contract was executed or amended.

e.  Identify a separate category of proceeds consisting of all amounts received by Defendants/Counter-Plaintiffs with respect to a Mortgage Loan after May 4, 2026, due to a monetization event (*e.g.*, loan sales, payoffs, foreclosures, or REO sales).

f.  Determine when transactions occurred and how credits, offsets, and applications of funds were recorded and applied.

g.  Identify any inconsistencies or unsupported entries in the financial record.

(3) The parties shall provide to the expert, no later than May 19, 2026, all financial and accounting records in their possession, custody, or control relating to the Mortgage Loans subject to the amended MLSARO, including general ledgers, loan-level transaction histories, bank statements, wire records, invoices, intercompany transfer records, and audit support materials.  To the extent reasonably available, the parties shall produce financial data in native or exportable format sufficient to permit transaction-level review.  The parties must provide records current as of May 18, 2026, and provide rolling submissions to the expert as to any transactions that post-date May 18, 2026.

ORDER APPOINTING EXPERT - 2

(4) The expert shall file a report addressing the categories of information listed in the second subsection of this order, using the information listed in the third subsection of this order, no later than June 9, 2026.

(5) Any communication between the parties and the expert shall be via email, with all parties copied.  The expert may contact the parties directly to identify deficient production and request supplementation.  If the expert and the parties cannot resolve a dispute, or if third-party process is required to obtain the necessary documents, the expert or the parties may request a discovery conference with the Court.

(6) The expert shall incur such fees and expenses as are reasonably necessary to complete the duties assigned by the Court.  The Court provisionally allocates the expert's costs equally between Plaintiff/Counter-Defendant and Defendants/Counter-Plaintiffs, but will entertain future motions on this issue as needed.

(7) The Court intends to schedule the bench trial to begin on either July 13, 2026, or July 27, 2026.  The parties are directed to communicate with Mr. Solis regarding his availability through July 2026 to complete the assignment as contemplated herein, and shall file a joint status report addressing the parties' proposed case schedule (either stipulated or separate) no later than May 13, 2026.

Dated this 12th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER APPOINTING EXPERT - 3