UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, | CASE NO. C24-0025-KKE |
| Plaintiff(s), | |
| v. | ORDER AMENDING TRIAL DATE AND PRETRIAL DEADLINES |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Defendant(s). | |

Consistent with the parties' joint status report (Dkt. No. 282), the Court ORDERS that this case shall conform to the following schedule:

| Event | Date |
|---|---|
| **BENCH TRIAL SET FOR 9:30 a.m. on** | **7/27/2026** |
| Length of trial | 5 days |
| Parties produce documents and records to expert | 5/19/2026 |
| Expert report to be filed by | 6/16/2026 |
| Deadline to complete expert deposition(s) and to exchange amended exhibit lists | 6/30/2026 |
| Deadline to object to exhibits | 7/6/2026 |
| Deadline to meet and confer regarding objections to exhibits | 7/10/2026 |

ORDER AMENDING TRIAL DATE AND PRETRIAL DEADLINES - 1

| Deadline to file joint exhibit list and trial briefs | 7/17/2026 |
|---|---|
| Pretrial conference at 11 a.m. on | 7/24/2026 |

Dated this 14th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER AMENDING TRIAL DATE AND PRETRIAL DEADLINES - 2