HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYMBIDIUM RESTORATION TRUST,

Plaintiff,

v.

AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; ITS TRUSTEE, U.S. BANK TRUST N.A.; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; ITS TRUSTEE, U.S. BANK TRUST NATIONAL ASSOCIATION; AHP SERVICING, LLC; AND JORGE NEWBERY,

Defendants.

AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING; AHP CAPITAL MANAGEMENT, LLC; AMERICAN HOMEOWNER PRESERVATION SERIES 2015A+; and; AHP SERVICING, LLC,

Counter-Plaintiffs,

v.

CYMBIDIUM RESTORATION TRUST,

Counter-Defendant.

Case No.  2:24-cv-00025-KKE

DECLARATION OF HOZAIFA Y. CASSUBHAI IN SUPPORT OF DEFENDANTS / COUNTER-PLAINTIFFS' MOTION FOR REVISION OF INTERLOCUTORY ORDER OR, IN THE ALTERNATIVE, FOR PARTIAL RECONSIDERATION

DECLARATION OF HOZAIFA Y. CASSUBHAI IN SUPPORT OF DEFENDANT / COUNTER-PLAINTIFFS' PLAINTIFFS' MOTION FOR REVISION OF INTERLOCUTORY ORDER OR, IN THE ALTERNATIVE, FOR PARTIAL RECONSIDERATION – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

I, Hozaifa Y. Cassubhai, state as follows based on personal knowledge:

1. I am a natural person 18 years of age or older. If called to testify as to the following facts, I could do so competently.

2. I am a partner with the law firm of Bailey Duquette P.C., with an office in Seattle, Washington.

3. I represent Defendants/Counter-Plaintiffs American Homeowner Preservation Trust Series AHP Servicing; AHP Capital Management, LLC; American Homeowner Preservation Series 2015A+; and, AHP Servicing, LLC (collectively, "**AHP**").

4. Attached are true and correct copies of the following documents or records:

| Exhibit | Description |
|---|---|
| A | Excerpts from the transcript of the April 23, 2026, hearing on the parties' cross-motion for summary judgment |
| **B** | Western Alliance Bank-Magerick Borrowing Base Certificate, dated October 6, 2022 |
| **C** | Western Alliance Bank-Magerick Borrowing Base Certificate, dated June 30, 2023 |
| **D** | William Weinstein's Borrowing Base Worksheet for Banner Bank, dated as of October 31, 2023 (PLACEHOLDER-NATIVE FILE) |
| **E** | Western Alliance Bank-Magerick Borrowing Base Certificate, dated July 25, 2024 (previously submitted as Dkt.  238-1, Dkt. 67) |
| **F** | Cymbidium's internal spreadsheet dated December 2024 (Cymbidium 139704) (previously submitted as Dkt. 238-1, Ex. 56) (PLACEHOLDER-NATIVE FILE) |
| **G** | Magerick LLC's Memorandum in Opposition to Motion to Vacate Default Judgment and for Sanctions, as filed in the matter of *Magerick , LLC v. Jeffrey Wright, et al.*, No. 2025 CV 01780 (Trumbull County, Ohio), on May 8, 2026 |

DECLARATION OF HOZAIFA Y. CASSUBHAI IN SUPPORT OF DEFENDANT / COUNTER-PLAINTIFFS' PLAINTIFFS' MOTION FOR REVISION OF INTERLOCUTORY ORDER OR, IN THE ALTERNATIVE, FOR PARTIAL RECONSIDERATION – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

| H | Letter dated April 2, 2026, from Land Home Financial Services, Inc., as attorney in fact of Magerick LLC, purporting to re-direct proceeds from an anticipated sale away from the actual plaintiff of record in the matter of *U.S. Bank Trust National Association as Trustee of American Homeowner Trust Series AHP Servicing v. Messina*, No. 001300/2016, in Nassau County, New York ("Nassau County matter") |
|---|---|
| **I** | Docket sheet in the Nassau County matter, showing U.S. Bank, as trustee for AHP, plaintiff of record, as printed on May 18, 2026 |
| **J** | Filing by the Fein Such & Crane, LLP law firm in the Nausau County matter *on behalf* of substituted plaintiff U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series AHP Servicing |
| **K** | Filings by Fein Such & Crane, LLP law firm on behalf of Magerick LLC *against* AHP and U.S. Bank Trust N.A., in the matter of *Magerick LLC v. AHP et al.*, No. OCN-L-2937-23 (Ocean County, New Jersey) |
| **L** | Summary Brief in Support of Plaintiff's Application for Order to Show Cause, dated May 11, 2026, in the Nausau County matter, as filed by the Bailey Duquette P.C. law firm on behalf of the plaintiff of record |
| **M** | Order to Show Cause with Temporary Restraining Order entered in the Nausau County matter on May 12, 2026 |
| **N** | Letter from M. Victoria Molina of Byrnes Keller Cromwell LLP to H. Cassubhai and W. Burnside of Bailey Duquette P.C. dated May 13, 2026 |

Dated this 18th day of May 2026.

By: */s Hozaifa Y. Cassubhai*
Hozaifa Y. Cassubhai

DECLARATION OF HOZAIFA Y. CASSUBHAI IN SUPPORT OF
DEFENDANT / COUNTER-PLAINTIFFS' PLAINTIFFS' MOTION
FOR REVISION OF INTERLOCUTORY ORDER OR, IN THE
ALTERNATIVE, FOR PARTIAL RECONSIDERATION – Page 3

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Declaration of Hozaifa Y. Cassubhai in Support of Defendant / Counter-Plaintiffs' Motion For Revision of Interlocutory Order or, in the Alternative, for Partial Reconsideration, upon counsel of record herein, as follows:

Bradley S. Keller, WSBA #10665
M. Victoria Molina, WSBA #62109
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com
mvmolina@byrneskeller.com

☒ Via ECF

Attorneys for Plaintiff / Counter-Defendant

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 18, 2026 at Westfield, New Jersey.

/s Hozaifa Y. Cassubhai
Hozaifa Y. Cassubhai, WSBA No. 39512

DECLARATION OF HOZAIFA Y. CASSUBHAI IN SUPPORT OF DEFENDANT / COUNTER-PLAINTIFFS' PLAINTIFFS' MOTION FOR REVISION OF INTERLOCUTORY ORDER OR, IN THE ALTERNATIVE, FOR PARTIAL RECONSIDERATION – Page 4

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869