UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>      Plaintiff/Counter-Defendant,<br>   v.<br><br>AMERICAN HOMEOWNER<br>PRESERVATION TRUST SERIES AHP<br>SERVICING, et al.,<br><br>      Defendants/Counter-Plaintiffs. | CASE NO. C24-0025-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1)   The Court construes Defendants/Counter-Plaintiffs' motion as a motion for clarification that was properly noted for June 8, 2026.  Dkt. No. 285.  Consistent with Local Rules W.D. Wash. LCR 7, Plaintiff/Counter-Defendant's response is due no later than June 2, 2026, and Defendants/Counter-Plaintiffs' reply is due no later than June 8, 2026.

(2)  The courtroom deputy is directed to contact the parties to schedule an oral argument on this motion for a mutually available date and time.

Dated this 20th day of May, 2026.

                   Joshua C. Lewis
                   Clerk

                   */s Alejandro Pasaye Hernandez*
                   Deputy Clerk

MINUTE ORDER - 1