UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, | CASE NO. C24-0025-KKE |
| Plaintiff/Counter-Defendant, | ORDER TO FILE A RESPONSE |
| v. | |
| AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., | |
| Defendants/Counter-Plaintiffs. | |

The Court has received Defendants/Counter-Plaintiffs' request for a conference to address Plaintiff/Counter-Defendant's compliance with the Court's prior order. Dkt. No. 291. The Court ORDERS Plaintiff/Counter-Defendant to file a response no later than June 2, 2026. The courtroom deputy is directed to contact the parties to schedule a conference for a mutually agreeable date and time.

Dated this 1st day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A RESPONSE - 1