UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST, <br><br> Plaintiff(s), <br> v. <br><br> AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al., <br><br> Defendant(s). | CASE NO. C24-0025-KKE <br><br> ORDER VACATING TRIAL DATE AND RELATED PRETRIAL DEADLINES |

As discussed at a scheduling conference on July 10, 2026, this case will not be ready for trial as currently scheduled. Dkt. No. 315. After reviewing the parties' joint status report on trial availability (Dkt. No. 316), the Court VACATES the current case schedule and STRIKES the pretrial conference set for July 24, 2026, and the bench trial set to begin on July 27, 2026. Dkt. No. 305. The Court will reserve the week of November 2, 2026, for the bench trial in this matter and will re-set the case schedule (including interim pretrial deadlines) after reviewing the parties' forthcoming filing regarding the scope of the expert's assignment.

Dated this 14th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER VACATING TRIAL DATE AND RELATED PRETRIAL DEADLINES - 1