UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff/Counter-Defendant,<br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>Defendants/Counter-Plaintiffs. | CASE NO. C24-0025-KKE<br><br>ORDER SETTING THE SCOPE OF THE COURT-APPOINTED EXPERT ASSIGNMENT AND EXHIBIT-RELATED DEADLINES |

The parties filed separate submissions on the scope of the court-appointed expert's work that both set out their own position and respond to the other's position. Dkt. Nos. 318, 319. The Court discussed these submissions with the parties at a conference on August 3, 2026. Dkt. No. 320.

As discussed at that conference, the Court finds that the court-appointed expert should have the information he needs to trace the MLSA-covered loans out through their first sale (if any). It may be that the Court will need to consider subsequent transactions to make its final waterfall calculation, and this ruling does not prohibit it from doing so. Plaintiff/Counter-Defendant Cymbidium Restoration Trust represented at the conference that the expert already has the documentation necessary to trace the loans out through their first sale after the MLSA transfer from Defendants/Counter-Plaintiffs ("AHP"). When the parties confer with the court-appointed

expert about interim deadlines, they should confirm that understanding with him and if he disagrees, he should identify the gaps in production.

As the Court also discussed at the conference, the Court hereby sets the trial date and the following pretrial deadlines:

| Event | Date |
|---|---|
| **BENCH TRIAL SET FOR 9:30 a.m. on** | **11/2/2026** |
| Length of trial | 5 days |
| Deadline to exchange amended exhibit lists | 10/2/2026 |
| Deadline to object to exhibits | 10/7/2026 |
| Deadline to meet and confer regarding objections to exhibits | 10/9/2026 |
| Deadline to file joint exhibit list and trial briefs | 10/19/2026 |

No later than August 12, 2026, the parties shall file a joint report (whether agreed or not) proposing: (1) a deadline for production of all remaining documents to the court-appointed expert (if needed), (2) a deadline for the filing of the expert's preliminary report and final report, and (3) a deadline to depose the expert. The parties may also request in their joint report that the Court set other deadlines not listed here.

Dated this 3rd day of August, 2026.

Kymberly K. Evanson
United States District Judge