UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYMBIDIUM RESTORATION TRUST,

Plaintiff/Counter-Defendant,

v.

AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,

Defendants/Counter-Plaintiffs.

CASE NO. C24-0025-KKE

ORDER SETTING CASE SCHEDULE

After reviewing the parties' joint status report (Dkt. No. 324), the Court now ORDERS that this case shall conform to the following schedule:

| Event | Date |
|---|---|
| **BENCH TRIAL SET FOR 9:30 a.m. on** | **11/2/2026** |
| Length of trial | 5 days |
| Expert's preliminary report due | 8/26/2026 |
| Deadline for parties to produce any additional requested documents and records to expert | 9/4/2026 |
| Expert's final report due | 9/25/2026 |
| Deadline to exchange amended exhibit lists | 10/2/2026 |
| Deadline to complete expert deposition | 10/5/2026 |
| Deadline to meet and confer regarding objections to exhibits | 10/9/2026 |

| | |
|---|---|
| Deadline to file joint exhibit list and trial briefs | 10/19/2026 |

Dated this 13th day of August, 2026.

Kymberly K. Evanson
United States District Judge