UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff/Counter-Defendant,<br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>Defendants/Counter-Plaintiffs. | CASE NO. C24-0025-KKE<br><br>ORDER TO EXPEDITE BRIEFING SCHEDULE |

Plaintiff/Counter-Defendant filed a motion to disqualify counsel for Defendants/Counter-Plaintiffs, noted in accordance with Local Rules W.D. Wash. LCR 7 as a 21-day motion set to become ripe on October 28, 2026. Dkt. No. 375. Because trial is scheduled to begin on November 2, 2026, and this motion may impact trial preparations, the Court finds it appropriate to expedite the briefing on this motion.

Accordingly, the Court ORDERS Defendants/Counter-Plaintiffs to respond no later than October 16, 2026. Plaintiff/Counter-Defendant may file a reply brief no later than October 20, 2026. The clerk is directed to RE-NOTE the motion (Dkt. No. 375) for October 20, 2026.

Dated this 9th day of October, 2026.

Kymberly K. Evanson
United States District Judge