UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff/Counter-Defendant,<br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>Defendants/Counter-Plaintiffs. | CASE NO. C24-0025-KKE<br><br>ORDER TO FILE MATERIALS *IN CAMERA* |

To resolve the pending motion to disqualify, the Court must determine whether there is a substantial relationship between K&L Gates LLP's prior representation of Oak Harbor LLC and its clients' interests in this litigation. *See* Dkt. No. 375. Although Plaintiff/Counter-Defendant and Defendants/Counter-Plaintiffs have a copy of the historical contract that may anchor a substantial relationship, the Court does not. Plaintiff/Counter-Defendant objects to being forced to "reveal its confidences to prove a conflict" and asks the Court to infer a sufficient connection (Dkt. No. 392 at 3), but an *in camera* review of the contract would permit the Court to reason more concretely and would avoid revealing confidences on the public docket.

Accordingly, Plaintiff/Counter-Defendant is ORDERED to submit a copy of the historical form contract (as referenced in the Weinstein Declaration (Dkt. No. 376 ¶¶ 6–10)) no later than 4 p.m. on October 23, 2026, to the Courtroom Deputy at Natalie_Wood@wawd.uscourts.gov. No hard copy of the contract need be submitted.

Dated this 22nd day of October, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge