UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff/Counter-Defendant,<br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>Defendants/Counter-Plaintiffs. | CASE NO. C24-0025-KKE<br><br>ORDER MEMORIALIZING ORAL RULINGS |

At the pretrial conference on October 27, 2026, the Court ruled as follows:

(1) Plaintiff/Counter-Defendant is ORDERED to provide a copy of the historical contract and its metadata (previously provided to the Court *in camera* (Dkt. No. 394)) to Defendants/Counter-Plaintiffs no later than October 27, 2026.

(2) Plaintiff/Counter-Defendant may file a response to Defendants/Counter-Plaintiffs' motion for reconsideration (Dkt. No. 397) no later than October 29, 2026. Defendants/Counter-Plaintiffs and K&L Gates LLP may file replies no later than noon on November 2, 2026. The execution of the disqualification order (Dkt. No. 396) is STAYED through November 2, 2026, for the limited purpose of permitting K&L Gates to brief the motion for reconsideration. The Clerk is directed to RE-NOTE the motion for reconsideration (Dkt. No. 397) for November 2, 2026.

(3) The November 2, 2026 trial date is VACATED, to be reset after the motion for reconsideration is resolved.

Dated this 28th day of October, 2026.

Kymberly K. Evanson
United States District Judge