UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff(s),<br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>Defendant(s). | CASE NO. C24-0025-KKE<br><br>ORDER TO FILE A STATUS REPORT |

The Court held a status conference on November 4, 2026, to discuss an evidentiary hearing to be set to resolve factual disputes central to the resolution of the pending motion for reconsideration of the Court's order disqualifying K&L Gates LLP. Dkt. No. 413. As discussed during that conference, the Court ORDERS as follows:

(1) The parties shall meet and confer regarding (a) the identification of documents to be exchanged in advance of the evidentiary hearing, the deadline for that exchange, and whether those documents can or should be provided to the Court (and, if so, if any protections on public filing are needed); (b) the witnesses to be called at the evidentiary hearing and their availability on November 13, 2026, or another date thereafter; and (c) the expected length of the evidentiary hearing.

(2) The parties shall file one status report no later than November 6, 2026, addressing the information in the prior paragraph, either jointly or separately (if agreement cannot be reached).

(3) If the parties cannot reach agreement on which documents should be produced in advance of the evidentiary hearing, the parties may request a conference with the Court via the courtroom deputy.

Dated this 4th day of November, 2026.

Kymberly K. Evanson
United States District Judge