UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYMBIDIUM RESTORATION TRUST,<br><br>Plaintiff/Counter-Defendant,<br>v.<br><br>AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING, et al.,<br><br>Defendants/Counter-Plaintiffs. | CASE NO. C24-0025-KKE<br><br>ORDER SETTING EVIDENTIARY HEARING |

The Court has reviewed the parties' joint status report regarding the upcoming evidentiary hearing (Dkt. No. 415) and ORDERS as follows:

(1) The evidentiary hearing will be conducted on Zoom on November 13, 2026, and will involve testimony of three witnesses: William Weinstein, Peter Fitzpatrick, and John Hagan. The Court will not consider testimony from Kevin Bank because his testimony is not relevant to the factual questions under consideration at this hearing. A supplemental declaration from Mr. Bank may be filed, however.

(2) The Court commends the parties for reaching agreement on the documents to be exchanged in advance of the evidentiary hearing, to the extent these documents are available. The parties shall file these documents on the Court's docket as well, subject to potential redactions, and Cymbidium's eighth request (and any others that require

redactions on the public docket) shall be filed under seal, no later than November 11, 2026.

Dated this 9th day of November, 2026.

Kymberly K. Evanson
United States District Judge